UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60179-Civ-ZLOCH/Snow

ANGELA MORENO,

    Plaintiff,

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court pursuant to S.D.Fla.R. 16.1.B.5, and was referred to United States Magistrate Judge Lurana S. Snow. It is hereby

ORDERED AND ADJUDGED that the plaintiff's motion for summary judgment shall be filed within 30 days of this Order. It is further ORDERED that the response, and reply, if any, shall be filed in accordance with S.D.Fla.R. 7.1.C.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1ST day of July, 2008.

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
    Gary David Palmer, Esq. (P)
    AUSA Stephanie I.R. Fidler (D)